# EXHIBIT B

# EXHIBIT B

## G&K Incurred Costs for Initial Cost Recovery Action

| Date | Invoice/Check # | Description | Payees | Amount Out |
|---|---|---|---|---|
| 10/1/2008 - 6/30/2009 | 40.179-10-1 | Professionmal Services: Technical support on ther RID Groundwater Action for the West Van Buren Area Water Quality Assurance Revolving Fund Site; prepare Implementation Plan and Early Response Action Work Plan. | Montgomery & Associates | $ 270,665.00 |
| 02/06/09 | | RID meeting with ADEQ technical staff and AG office to discuss proposed approach to response action | David P. Kimball Gallagher & Kennedy | $ 735.00 |
| 2/1/2009 - 2/28/2009 | | Research EPA/ADEQ or facility reports to assess, and evaluate the scope of groundwater contamination and to identify potential resposible parties (PRPs). | Stuart S. Kimball Gallagher & Kennedy | $ 2,400.00 |
| 3/1/2009 - 3/30/2009 | | Research EPA/ADEQ or facility reports to assess, and evaluate the scope of groundwater contamination and to identify potential resposible parties (PRPs). | Stuart S. Kimball Gallagher & Kennedy | $ 4,300.00 |
| 4/1/2009 - 4/8/2009 | | RID meeting with ADEQ Director and staff to discuss legal basis of proposed remedial actions (slide presentation available) | David P. Kimball Gallagher & Kennedy | $ 1,680.00 |
| 5/1/2009 - 5/31/2009 | | Research EPA/ADEQ or facility reports to assess, and evaluate the scope of groundwater contamination and to identify potential resposible parties (PRPs). | Stuart S. Kimball Gallagher & Kennedy | $ 9,400.00 |
| 6/1/2009 - 6/30/2009 | | Research EPA/ADEQ or facility reports to assess, and evaluate the scope of groundwater contamination and to identify potential resposible parties (PRPs). | Stuart S. Kimball Gallagher & Kennedy | $ 7,675.00 |
| 07/31/09 | 206059 802-09-1 | Professional Services: Review technical files and provide strategic input on remedial action planning activites. | Montgomery & Associates | $ 40,106.62 |
| 7/1/2009 - 7/31/2009 | | Research EPA/ADEQ or facility reports to assess, and evaluate the scope of groundwater contamination and to identify potential resposible parties (PRPs). | Stuart S. Kimball Gallagher & Kennedy | $ 18,450.00 |
| 08/18/09 | | Graphic Support Cost Estimate for planned Septebmer 16 meeting. | Lawrence Moore & Associates | $ 11,600.00 |
| 08/20/09 | 206025 120109 | Project Initiaion Fee for RID Public Affairs Graphics/Technical Communication Support Services. | Lawrence Moore & Associates | $ 4,353.00 |
| 08/31/09 | 206371 802-09-2 | Professional Services: Update well and water quality data and provide briefings on RID implementation plan to RID and G&K. | Montgomery & Associates | $ 12,888.22 |
| 8/1/2009 - 8/31/2009 | | Research EPA/ADEQ or facility reports to assess, and evaluate the scope of groundwater contamination and to identify potential resposible parties (PRPs). | Stuart S. Kimball Gallagher & Kennedy | $ 18,925.00 |
| 09/01/09 | 206058 120109 | August 2009 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,875.00 |

| Date | Invoice # | Description | Vendor | Amount |
|---|---|---|---|---|
| 09/16/09 | | Prepare for and attend RID meeting with PRP Group to present plans for response action, legal claim and settlement option. | David P. Kimball<br>Stuart S. Kimball<br>Gallagher & Kennedy | $ 4,652.50 |
| 09/29/09 | 206715<br>120409 | Project Communication Support Services for RID Public Affairs Branding/Web Site Development/Graphics/Technical Communication and Meeting Presentation Support. | Lawrence Moore & Associates | $ 8,406.00 |
| 09/29/09 | 206716<br>120309 | September 2009 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 3,187.50 |
| 09/30/09 | 207492<br>802-09-3 | Professional Services: Provide weekly status reprts to clients and conduct briefings for RID Superintendent and Board of Directors. | Montgomery & Associates | $ 61,444.75 |
| 9/1/2009 - 9/30/2009 | | Research EPA/ADEQ or facility reports to assess, and evaluate the scope of groundwater contamination and to identify potential resposible parties (PRPs). | Stuart S. Kimball<br>Gallagher & Kennedy | $ 19,525.00 |
| 10/31/09 | 207668<br>802-09-4 | Professional Services: Participate in meetings with ADEQ to coordinate community involvement and assess CAB activities at adjacent Superfund sites. | Montgomery & Associates | $ 31,749.00 |
| 10/31/09 | 207261<br>120509 | October 2009 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,750.00 |
| 11/25/09 | 207900<br>120609 | November 2009 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 2,000.00 |
| 11/30/09 | 208396<br>802-09-5 | Professional Services: Facilitate cummuniction between RID, G&K and communications contractor and communicate to external stakeholders to provide weekly report. | Montgomery & Associates | $ 16,589.99 |
| 12/21/09 | | Prepare for and attend RID teleconference meeting with ADEQ management to discuss the Early Response Action | David P. Kimball<br>Stuart S. Kimball<br>Gallagher & Kennedy | $ 2,095.00 |
| 12/25/09 | 208414<br>120709 | December 2009 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,500.00 |
| 12/31/09 | 208681<br>802-09-6 | Professional Services: Prepare project information to communicate to external contractor; present overview of Early Response Action to Community Advisory Board. | Montgomery & Associates | $ 36,730.99 |
| 1/21/210 | | RID meeting with EPA Superfund Director and staff and ADEQ Waste Programs staff in San Francisco. | David P. Kimball<br>Gallagher & Kennedy | $ 5,500.00 |
| 01/31/10 | 209327<br>802-10-1 | Professional Services: Prepare response to comments provided by external potentially responsible parties; present overview of Early Response Action to District 19 elected officials. | Montgomery & Associates | $ 57,940.57 |
| 02/01/10 | 209037<br>120110 | January 2010 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 2,000.00 |
| 02/16/10 | | RID meeting with ADEQ Director and staff to request approval of ERA Work Plan | David P. Kimball<br>Gallagher & Kennedy | $ 1,540.00 |
| 02/22/10 | | RID meeting with Arizona Department of Water Resources technical staff to discussed proposed ERA Work Plan. | David P. Kimball<br>Gallagher & Kennedy | $ 225.00 |
| 02/26/10 | 209445<br>120210 | February 2010 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 3,500.00 |
| 02/28/10 | 209805<br>802-10-2 | Professional Services: Project management and planning; coordinate work planning and execution with project team. | Montgomery & Associates | $ 14,511.48 |

| Date | Invoice # | Description | Vendor | Amount |
|---|---|---|---|---|
| 03/22/10 | | Prepare for and attend RID meeting with ADEQ and PRPs to discuss proposed RID ERA Work Plan | David P. Kimball<br>Stuart S. Kimball<br>Gallagher & Kennedy | $ 1,650.00 |
| 03/23/10 | | Prepare for and attend WVBA CAB meeting on proposed RID ERA. | David P. Kimball<br>Stuart S. Kimball<br>Gallagher & Kennedy | $ 1,430.00 |
| 03/31/10 | 210451<br>802-10-3 | Professional Services: Project management and planning; coordinate work planning and execution with project team and prepare for and attend Community Advisory Board meeting. | Montgomery & Associates | $ 12,452.35 |
| 03/31/10 | 210452<br>120310 | March 2010 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 7,560.50 |
| 04/20/10 | | RID meeting with ADEQ Director and staff to request approval of ERA Work Plan. | David P. Kimball<br>Gallagher & Kennedy | $ 880.00 |
| 04/26/10 | 210624<br>120410 | April 2010 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,250.00 |
| 04/30/10 | 211069<br>802-10-4 | Professional Services: Coordinate work planning and execution with project team and prepare scope of work and draft contract for future work. | Montgomery & Associates | $ 12,238.72 |
| 05/24/10 | | Prepare for and attend RID meeting with ADEQ requesting ADEQ approval of ERA Work Plan. | David P. Kimball<br>Stuart S. Kimball<br>Gallagher & Kennedy | $ 1,842.50 |
| 05/31/10 | 211493<br>802-10-5 | Professional Services: Project management and planning; coordinate work planning and execution with project team. | Montgomery & Associates | $ 3,441.93 |
| 05/31/10 | 211133<br>120510 | May 2010 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,850.00 |
| 06/23/10 | | RID meeting with ADEQ Director and staff to discuss ADEQ conditional approval of the RID ERA Work Plan. | David P. Kimball<br>Gallagher & Kennedy | $ 1,430.00 |
| 06/30/10 | 212243<br>802-10-6 | Professional Services: Project management and planning; participate in weekly project status teleconferences. | Montgomery & Associates | $ 1,907.40 |
| 06/30/10 | 211709<br>120610 | June 2010 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 4,375.00 |
| 07/13/10 | | Prepare for and attend RID meeting with ADEQ management to clarify details of conditional tasks and associated schedules. | David P. Kimball<br>Stuart S. Kimball<br>Gallagher & Kennedy | $ 1,787.50 |
| 07/30/10 | 212178<br>120710 | July 2010 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,645.00 |
| 08/05/10 | | RID meeting with ADEQ management to evaluate supplemental actions for final remedy. | David P. Kimball<br>Gallagher & Kennedy | $ 825.00 |
| 08/23/10 | | RID presentation to meeting with PRPs facilitated by ADEQ. | Stuart S. Kimball<br>Gallagher & Kennedy | $ 1,100.00 |
| 08/31/10 | 212697<br>120810 | August 2010 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,259.00 |
| 10/05/10 | 213540<br>120910 | September 2010 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 3,511.33 |
| 12/02/10 | 214498<br>121110 | November 2010 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 750.00 |
| 12/30/10 | 214855<br>120111 | December 2010 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,125.00 |
| 02/01/11 | 215435<br>120211 | January 2011 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 2,125.00 |

| Date | Invoice # | Description | Vendor | Amount |
|---|---|---|---|---|
| 03/01/11 | 215889 120311 | February 2011 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 625.00 |
| 03/01/11 | | RID meeting with ADEQ Director, Assistant Director, and Manager of Remedial Projects Section to clarify requirements for Early Response Action tasks. | David P. Kimball Gallagher & Kennedy | $ 862.50 |
| 04/04/11 | 216489 | March 2011 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 625.00 |
| 05/01/11 | 217006 120411 | April 2011 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 500.00 |
| 06/01/11 | 217498 120611 | May 2011 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,000.00 |
| 06/30/11 | | ADEQ facilitated meeting of WVBA CAB on ADEQ's Proposal Remedial Objectives Report. | Stuart S. Kimball Gallagher & Kennedy | $ 450.00 |
| 07/06/11 | 217968 120711 | June 2011 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,125.00 |
| 07/13/11 | | RID and Town of Buckeye meeting with ADWR to discuss planned use of remediated water. | David P. Kimball Gallagher & Kennedy | $ 575.00 |
| 07/26/11 | 218312 | July 2011 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 875.00 |
| 08/31/11 | 218754 | August 2011 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 2,054.00 |
| 9/2011 - 3/2012 | | Cost of purchasing and installing treatment system. | Spinnaker Holdings LLC | $4,707,423.81 |
| 10/03/11 | 219286 121011 | September 2011 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 2,625.00 |
| 11/04/11 | 2197901 | October 2011 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 750.00 |
| 12/5/211 | 220369 121211 | November 2011 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 2,525.00 |
| 12/19/11 | 18436 | WQARF Cost Recovery Fees October 2009 -- October 2011 | State of Arizona | $ 46,069.80 |
| 01/04/12 | 220690 12-112 | December 2011 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 750.00 |
| 02/07/12 | 221192 120212 | January 2012 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,250.00 |
| 02/15/12 | | RID meeting with Policy Director and Natural Resources Advisor and ADEQ and ADWR Directors to brief the Governor's office on RID Project. | David P. Kimball Gallagher & Kennedy | $ 1,200.00 |
| 03/05/12 | 221668 120312 | February 2012 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,000.00 |
| 04/02/12 | | RID meeting with technical and legal staff of the Central Arizona Project to provide briefing on RID response action | David P. Kimball Gallagher & Kennedy | $ 2,100.00 |
| 04/05/12 | 222012 120412 | March 2012 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 625.00 |
| 05/09/12 | 222414 120512 | April 2012 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 500.00 |
| 06/07/12 | 223401 120612 | May 2012 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,500.00 |
| 06/19/12 | | RID meeting with ADEQ Director, Waste Programs staff, and AG's office to review progress on Pilot Project and Modified ERA concept. | David P. Kimball Gallagher & Kennedy | $ 300.00 |

| Date | Invoice # | Description | Payee | Amount |
|---|---|---|---|---|
| 07/09/12 | 223402 120712 | June 2012 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 750.00 |
| 08/06/12 | 223742 120812 | July 2012 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 500.00 |
| 08/17/12 | | RID meeting with ADWR Director and senior staff to review Modified ERA Proposal. | David P. Kimball Gallagher & Kennedy | $ 600.00 |
| 09/05/12 | 224133 120912 | August 2012 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,195.00 |
| 09/17/12 | | RID meeting with ADEQ Director and Waste Programs staff to review Modified ERA Proposal and scoping of Feasibility Study Work Plan. | David P. Kimball Gallagher & Kennedy | $ 1,860.00 |
| 10/04/12 | 224783 | September 2012 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,000.00 |
| 11/12/12 | 225178 121112 | October 2012 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,000.00 |
| 11/20/12 | 225242 | WQARF Cost Recovery Fees October 2009–October 2011 ($7,624.70); July 1, 2012–Sept. 30, 2012 ($2,980.91); October 1, 2012–October 30, 2012 ($29.00) | State of Arizona | $ 10,634.67 |
| 12/05/12 | 225443 121212 | October 2012 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 250.00 |
| 12/06/12 | | Prepare for and attend meeting of WVBA CAB and RID work conducted since last CAB meeting on 6/30/11. | David P. Kimball Stuart S. Kimball Gallagher & Kennedy | $ 1,327.50 |
| 01/05/13 | 225966 120113 | December 2012 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 925.00 |
| 02/06/13 | 226378 | Final 2012 RID Cost Recovery Billing from ADEQ | State of Arizona | $ 4,247.20 |
| 02/07/13 | 223456 120213 | January 2013 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,250.00 |
| 04/01/13 | 227317 120413 | March 2013 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,500.00 |
| 04/15/13 | | WVBA CAB meeting on Feasibility Study Work Plan. | David P. Kimball Gallagher & Kennedy | $ 350.00 |
| 04/19/13 | | RID briefing and WVBA field tour for State legislators. | David P. Kimball Stuart S. Kimball Gallagher & Kennedy | $ 2,145.00 |
| 05/02/13 | 227812 120513 | April 2013 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 6,028.49 |
| 06/05/13 | 228324 | May 2013 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,250.00 |
| 06/24/13 | | RID meeting to brief ADEQ on final Feasibility Study Work Plan and discuss Stakeholder's FSWP. | David P. Kimball Gallagher & Kennedy | $ 1,187.50 |
| 07/02/13 | 228640 120713 | June 2013 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 880.00 |
| 08/09/13 | 229656 120813 | July 2013 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 500.00 |
| 08/15/13 | | RID meeting with ADEQ to coordinate Feasibility Study development and key issues | David P. Kimball Gallagher & Kennedy | $ 562.50 |
| 09/05/13 | 229657 120913 | August 2013 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,250.00 |
| 10/14/13 | 230239 121013 | September 2013 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 500.00 |

| Date | Inv. No. | Description | Payee | Amount |
|---|---|---|---|---|
| 10/30/13 | 230427 | Feasibility Study Costs: July 2013 ($1,109.25); August 2013 ($27,439.62); September 2013 ($20,919.86) | Synergy Environmental, LLC | $ 49,468.73 |
| 11/13/13 | 230742 121113 | September 2013 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,286.50 |
| 12/08/13 | 231131 121213 | November 2013 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 500.00 |
| 12/12/13 | 231078 | Feasibility Study - October 2013 | Synergy Environmental, LLC | $ 29,250.47 |
| 01/06/14 | 231561 120114 | December 2013 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 250.00 |
| 01/06/14 | 231512 | Feasibility Study - November 2013 | Synergy Environmental, LLC | $ 14,632.12 |
| 01/12/14 | 232101 120214 | January 2014 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 500.00 |
| 01/21/14 | 231683 | Feasibility Study - December 2013 | Synergy Environmental, LLC | $ 33,060.65 |
| 01/29/14 | | RID meeting with ADEQ management to discus water rights and groundwater withdrawal authority | David P. Kimball Stuart S. Kimball Gallagher & Kennedy | $ 1,725.00 |
| 02/13/14 | 232065 | Feasibility Study - January 2014 | Synergy Environmental, LLC | $ 53,256.57 |
| 02/28/14 | 232288 | WQARF Cost Recovery Fees (Inv. No. 510300-00-C) January 1, 2013 – March 31, 2013 | State of Arizona | $ 3,942.57 |
| 02/28/14 | 232289 | WQARF Cost Recovery Fees (Inv. No. 510300-00-D) April1, 2013 – June 30, 2013 | State of Arizona | $ 2,129.64 |
| 03/06/14 | 232359 | WQARF Cost Recovery Fees (Inv. No. 510300-00-E) July 1, 2013 – September 30, 2013 | State of Arizona | $ 3,695.07 |
| 03/27/14 | 232594 | Feasibility Study - February 2014 | Synergy Environmental, LLC | $ 34,635.70 |
| 04/01/14 | 232827 120314 | February/March 2014 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 500.00 |
| 04/16/14 | 233237 | Feasibility Study - March 2014 | Synergy Environmental, LLC | $ 64,906.07 |
| 05/11/14 | 233321 120401 | April 2014 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,250.00 |
| 05/16/14 | 233361 | Feasibility Study - April 2014 | Synergy Environmental, LLC | $ 99,187.51 |
| 06/05/14 | 002146 120514 | May 2014 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 375.00 |
| 06/18/14 | 233430 | WQARF Cost Recovery Fees, January 1, 2014 – March 31, 2014 | State of Arizona | $ 1,465.90 |
| 07/03/14 | 233586 120614 | June 2014 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,125.00 |
| 07/16/14 | 233632 | Reimbursement for GAC Change-Out for the Wellhead Treatment Systems at RID | Spinnaker Holdings LLC | $ 60,000.00 |
| 08/07/14 | 002782 120714 | July 2014 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 500.00 |
| 08/19/14 | 233806 | Reimbursement for GAC Change-Out for the Wellhead Treatment Systems at RID | Spinnaker Holdings LLC | $ 60,000.00 |
| 08/19/14 | 233807 | Feasibility Study - April 2014 | Synergy Environmental, LLC | $ 99,187.51 |
| 08/20/14 | 233837 | WQARF Cost Recovery Fees (Inv. No. 510300-00-F) April 1, 2014 – June 30, 2014 | State of Arizona | $ 1,529.72 |

| Date | Invoice # | Description | Vendor | Amount |
|---|---|---|---|---|
| 09/10/14 | 003173 120814 | August 2014 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 368.00 |
| 09/24/14 | 234475 | Reimbursement for GAC Change-Out for the Wellhead Treatment Systems at RID (Invoice #RID 09-2014) | Spinnaker Holdings LLC | $ 101,229.00 |
| 10/03/14 | 234707 120914 | September 2014 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 500.00 |
| 11/04/14 | 235099 121014 | October 2014 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,375.00 |
| 11/19/14 | | RID meeting with ADEQ to discuss administratve completeness of RID FS Report. | David P. Kimball Stuart S. Kimball Gallagher & Kennedy | $ 2,050.00 |
| 11/24/14 | 235485 | WQARF Cost Recovery Fees (Inv. No. 510300-00-G) July 1, 2014 – September 30, 2014 | State of Arizona | $ 1,660.93 |
| 12/01/14 | | RID participates in meeting of WVBA WQARF Site Community Advisory Board meeting and provides presentation of Feasibility Study Report. | David P. Kimball Stuart S. Kimball Gallagher & Kennedy | $ 1,575.00 |
| 12/04/14 | 235565 121114 | November 2014 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 6,745.77 |
| 01/06/15 | 236041 120115 | December 2014 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 875.00 |
| 02/04/15 | 236704 120215 | January 2015 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 625.00 |
| 02/10/15 | 23646 | WQARF Cost Recovery Fees (Inv. No. 510300-00-H) October 1, 2014 – December 31, 2014 | State of Arizona | $ 3,660.89 |
| 03/09/15 | 236868 120315 | February 2015 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 625.00 |
| 04/06/15 | 237210 120415 | March 2015 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,235.00 |
| 04/30/15 | 237555 | WQARF Cost Recovery Fees (Inv. No. 510300-00-I) January 1, 2015 – March 31, 2015 | State of Arizona | $ 1,193.60 |
| 05/10/15 | 237706 120515 | April 2015 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,625.00 |
| 06/10/15 | 238297 120615 | May 2015 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 500.00 |
| 07/08/15 | 238676 120715 | June 2015 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 5,387.50 |
| 08/05/15 | 239051 120815 | July 2015 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 2,133.21 |
| 08/10/15 | 239045 | Year-to-date expenses (Vertech, Fed-Ex, Line Design, AEL) | Synergy Environmental, LLC | $ 9,706.66 |
| 08/19/15 | 239206 | Reimbursement for GAC Change-Out (Carbon Replacement) (Inv. #RID 08-2015) August 1, 2015 | Spinnaker Holdings LLC | $ 75,571.53 |
| 08/26/15 | 239246 | Engineering Services for Wellhead Treatment Systems (Inv. 802.40 – 8/25/15) | Synergy Environmental, LLC | $ 10,000.00 |
| 09/08/15 | 239449 120915 | August 2015 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 885.49 |
| 09/09/15 | 239450 | Expenses – July 2015 (Inv. No. RID-2015-07) | Synergy Environmental, LLC | $ 9,048.11 |
| 09/25/15 | 239646 | Engineering Services for Wellhead Treatment Systems (Inv. RID-802.40 Fixed #2) September, 2015 | Synergy Environmental, LLC | $ 10,000.00 |
| 09/25/15 | 239647 | Expenses – Aug 2015 (Inv. No. RID-2015-08) | Synergy Environmental, LLC | $ 4,740.00 |
| 10/06/15 | 239905 121015 | September 2015 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 1,375.00 |

| Date | Number | Description | Payee | Amount |
|---|---|---|---|---|
| 10/27/15 | 240051 | Expenses – Sept 2015 (Inv. No. RID-2015-09) | Synergy Environmental, LLC | $ 4,117.10 |
| 10/27/15 | 240052 | Engineering Services for Wellhead Treatment Systems (Inv. RID-802.40 Fixed #3) October, 2015 | Synergy Environmental, LLC | $ 10,000.00 |
| 11/06/15 | 004332 121115 | October 2015 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 875.00 |
| 11/18/15 | 240261 | WQARF Cost Recovery Fees (Inv. No. 510300-00-J) April 1, 2015 – June 30, 2015 | State of Arizona | $ 2,144.12 |
| 12/07/15 | 240448 121215 | November 2015 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 375.00 |
| 01/06/16 | 004661 120116 | December 2015 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 375.00 |
| 02/09/16 | 4862 | WQARF Cost Recovery Fees (Inv. No. 510300-00-K) July 1, 2015-December 31, 2015 | State of Arizona | $ 1,435.97 |
| 02/12/16 | 241100 | Professional Services re RID Pipeline Cost Estimation (RID Inv No 7473-2016-01; October 1, 2015 – January 31, 2016) | Synergy Environmental, LLC | $ 10,000.00 |
| 03/15/16 | 241512 120216 | February 2016 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 750.00 |
| 03/24/16 | 241485 | GAC carbon replacement for vessels #89-1A, 2A, 3A (Inv. #RID 03-2016) | Spinnaker Holdings LLC | $ 51,420.00 |
| 04/04/16 | 241576 | Engineering Services (Inv. RID 802-40 (Fixed #4) March, 2016 | Synergy Environmental, LLC | $ 10,000.00 |
| 04/12/16 | 005258 120316 | March 2016 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 250.00 |
| 04/28/16 | 241793 | GAC carbon replacement for vessels #114-1A, 2A, 3A and #92-1A (Inv. #RID 04-2016) | Spinnaker Holdings LLC | $ 68,560.00 |
| 05/07/16 | 241850 | Professional Services re RID Engineering Services (Inv. #RID 802.40 (16-4) | Synergy Environmental, LLC | $ 14,837.20 |
| 05/09/16 | 005509 120416 | April 2016 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 375.00 |
| 05/17/16 | 5567 | WQARF Cost Recovery Fees (Inv. No. 510300-00-L) 7/1/15-12/31/15 | State of Arizona | $ 21.74 |
| 06/01/16 | 242100 | GAC carbon replacement for vessels #95 (Inv. #RID 05-2016) | Spinnaker Holdings LLC | $ 17,140.00 |
| 06/03/16 | 250058 | Professional Services re RID Engineering Services – Out of Pocket Expenses Only (Inv. #RID 802.40 (16-5)) | Synergy Environmental, LLC | $ 5,270.14 |
| 06/04/16 | 6034 120516 | May 2016 Professional Services Fee for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 750.00 |
| 06/11/16 | 250136 | GAC Carbon Replacement for vessels #95 (Inv. #RID6-2016C) | Spinnaker Holdings LLC | $ 17,140.00 |
| 06/16/16 | 250052 | Casualty Insurance Premium (Inv. #RID 06-2016B) | Spinnaker Holdings LLC | $ 15,528.00 |
| 07/05/16 | 6218 120616 | Website Maintenance and Services Fees for RID Public Affairs Activities. | Lawrence Moore & Associates | $ 458.64 |
| 07/13/16 | 250361 | Professional Services re RID Engineering Services June, 2016 (Inv. No. RID #802.40 (16-6)) | Synergy Environmental, LLC | $ 15,672.49 |
| 08/29/16 | 250729 | GAC Carbon Replacement for vessels RID well #95 (July) (Inv. #RID 8-2016) | Spinnaker Holdings LLC | $ 17,140.00 |
| 09/09/16 | 250799 | GAC General Liability Insurance Premium, 9/2016 - 9/2017 (Inv. No. #RID 9-2016) | Spinnaker Holdings LLC | $ 6,520.51 |
| 09/15/16 | 250858 | Professional Services re RID Engineering Services (Inv. #RID 802.40 (16-8) | Synergy Environmental, LLC | $ 16,322.16 |
| 10/06/16 | 251034 | Professional Services re RID Engineering Services (Inv. #RID 802.40 (16-9) | Synergy Environmental, LLC | $ 12,921.80 |

| 11/08/16 | 251246 | Professional Services re RID Engineering Services (Inv. #RID 802.40 (16-10)) | Synergy Environmental, LLC | $ 2,354.07 |
|---|---|---|---|---|
| | | | | $6,741,144.18 |