UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Gallagher & Kennedy, PA | **Defendant(s):** City of Phoenix ; United States Department of Defense ; Action Fabricating of Arizona, Inc. ; Alcatel-Lucent USA Inc ; ArvinMeritor, Inc. ; Brake Supply Company, Inc. ; Cooper Industries LLC ; D-Velco Manufacturing of Arizona, Inc. ; Holsum Bakery, Inc. ; Kinder Morgan Energy Partners, LP ; Maricopa County ; Laundry & Cleaners Supply, Inc. ; Milum Textile Services Co. ; NorthAmerican Terminals Management, Inc. ; NUCOR Corporation ; Phoenix Heat Treating, Inc. ; Phoenix Industrial Properties, Inc. ; Phoenix Newspapers, Inc. ; Praxair, Inc. ; Prudential Overall Supply ; Research Chemicals Incorporated ; Rexam Beverage Can Company ; Romic Environmental Technologies Corporation ; Schuff Steel Company ; Shell Oil Company ; Times Fiber Communications, Inc. ; Union Oil Company of California ; Walker Power Systems, Inc. ; West Monroe Property, Inc. ; World Resources Company ; YRC, Inc. |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Michael K Kennedy**<br>**Gallagher & Kennedy, PA**<br>**2575 E Camelback Road** | |

Phoenix, Arizona 85016
602-530-8504

---

| | |
|---|---|
| II. Basis of Jurisdiction: | 3. Federal Question (U.S. not a party) |

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
  Plaintiff:- **N/A**
  Defendant:- **N/A**

| | |
|---|---|
| IV. Origin : | 1. Original Proceeding |
| V. Nature of Suit: | 893 Environmental Matters |
| VI. Cause of Action: | 42 U.S.C. Sections 9601, et seq. |

VII. Requested in Complaint
  Class Action: **No**
  Dollar Demand: **$6,741,144.18**
  Jury Demand: **No**

VIII. This case **IS RELATED** to Case Number **2:10CV-00290** assigned to Judge **Ezra.**

---

**Signature:** Michael K. Kennedy

  **Date:** 12/16/2016

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**