Michael K. Kennedy (004224)
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
P: (602) 530-8000
F: (602) 530-8500
Email: mkk@gknet.com
Attorneys for Plaintiff *Gallagher & Kennedy, PA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gallagher & Kennedy, PA,<br><br>  Plaintiff,<br><br>v.<br><br>City of Phoenix, a political subdivision of the State of Arizona; Maricopa County, a political subdivision of the State of Arizona; The United States Department of Defense, an agency of the United States responsible for the United States Air Force; Action Fabricating of Arizona, Inc., a Minnesota corporation; Alcatel-Lucent USA Inc., a Delaware corporation; ArvinMeritor, Inc., a Delaware corporation; Brake Supply Company, Inc., an Indiana corporation; Cooper Industries LLC, a Delaware limited liability company; D-Velco Manufacturing of Arizona, Inc., operating as a subsidiary of Northstar Aerospace Inc., an Arizona corporation; Holsum Bakery, Inc., an Arizona corporation; Kinder Morgan Energy Partners, L.P., a Delaware corporation; Laundry & Cleaners Supply, Inc., an Arizona corporation; Milum Textile Services Co., an Arizona corporation; NorthAmerican Terminals Management, Inc., a Delaware corporation; NUCOR Corporation, a Delaware corporation; Phoenix Heat Treating, Inc., an Arizona corporation; Phoenix Industrial Properties, Inc., a Delaware corporation; Phoenix | Case No. CV-16-4447-DAE-BGM<br><br>**NOTICE OF DISMSSAL OF THE UNITED STATES DEPARTMENT OF DEFENSE, ALCATEL-LUCENT USA INC., ARVINMERITOR, INC, COOPER INDUSTRIES LLC, D-VELCO MANUFACTURING OF ARIZONA, INC., HOLSUM BAKERY, INC., KINDER MORGAN ENERGY PARTNERS, L.P., LAUNDRY & CLEANERS SUPPLY, INC., MILUM TEXTILE SERVICES CO., NORTHAMERICAN TERMINALS MANAGEMENT, INC., NUCOR CORPORATION, PHOENIX HEAT TREATING, INC., PHOENIX INDUSTRIAL PROPERTIES, INC., PHOENIX NEWSPAPERS, INC.,** |

| | |
|---|---|
| Newspapers, Inc., an Arizona corporation; Praxair, Inc., a Delaware corporation; Prudential Overall Supply, a California corporation; Research Chemicals Incorporated, a Delaware corporation; Rexam Beverage Can Company, a Delaware corporation; Romic Environmental Technologies Corporation, an Arizona corporation; Schuff Steel Company, a Delaware corporation; Shell Oil Company, a Delaware corporation; Times Fiber Communications, Inc., a Delaware corporation; Union Oil Company of California, a California corporation; Walker Power Systems, Inc., an administratively dissolved Arizona corporation; West Monroe Property, Inc., an Arizona corporation; World Resources Company, a Wyoming corporation; and YRC Inc., a Delaware corporation,<br><br>Defendants. | **PRAXAIR, INC., RESEARCH CHEMICALS INCORPORATED, REXAM BEVERAGE CAN COMPANY, ROMIC ENVIRONMENTAL TECHNOLOGIES CORPORATION, SCHUFF STEEL COMPANY, SHELL OIL COMPANY, TIMES FIBER COMMUNICATIONS, INC., WALKER POWER SYSTEMS, INC., WORLD RESOURCES COMPANY, AND YRC INC.** |

Pursuant to Rule 41(a)(1) Fed. R. Civ. P., Plaintiff hereby gives notice that it voluntary dismisses its Complaint, without prejudice, as to Defendants The United States Department of Defense, Alcatel-Lucent USA Inc., ArvinMeritor, Inc., Cooper Industries LLC, D-Velco Manufacturing of Arizona, Inc., Holsum Bakery, Inc., Kinder Morgan Energy Partners, L.P., Laundry & Cleaners Supply, Inc., Milum Textile Services Co., NorthAmerican Terminals Management, Inc., NUCOR Corporation, Phoenix Heat Treating, Inc., Phoenix Industrial Properties, Inc., Phoenix Newspapers, Inc., Praxair, Inc., Research Chemicals Incorporated, Rexam Beverage Can Company, Romic Environmental Technologies Corporation, Schuff Steel Company, Shell Oil Company, Times Fiber Communications, Inc., Walker Power Systems, Inc., World Resources Company, and YRC Inc. only, with each party to bear its own attorneys' fees and costs.

This notice is proper because none of the Defendants listed above have filed an answer or motion for summary judgment.

RESPECTFULLY SUBMITTED this 21st day of September 2018.

GALLAGHER & KENNEDY, P.A.

By */s/ Michael K. Kennedy*
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Attorneys for Plaintiff Gallagher &
Kennedy, PA

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2018, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

/s/ *Rona L. Miller*

6811080v1/99-0533