WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY: ANN THOMPSON UGLIETTA (013696)
 MAXINE S. MAK (031158)
 Deputy County Attorneys
 uglietta@mcao.maricopa.gov
 makm@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
MCAO Firm No. 00032000
Telephone (602) 506-8541
Facsimile (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Maricopa County

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gallagher & Kennedy, PA.<br><br>   Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>   Defendants. | No. 2:16-cv-04447-PHX-DAE<br><br>**DEFENDANTS' REQUEST FOR SCHEDULING CONFERENCE ITEM RE: THIRD PARTY PRACTICE** |

In accordance with the parties' discussion with the Court at the October 4, 2018 Status Conference as reflected in this Court's Minute Entry of October 4, 2018, Defendants Maricopa County, Prudential Overall Supply and City of Phoenix respectfully request that the Court include a discussion item for the upcoming Scheduling Conference relating to filing and litigation of third-party claims, cross-claims, counter-claims and other related issues.

1

Pursuant to the October 4, 2018 discussion with the Court, Defendants will defer filing of such claims until after the Court has addressed related scheduling at the Status Conference. Defendants reserve and do not waive their rights to file third-party claims, cross-claims, counter-claims in this case per the Scheduling Order to be set by the Court.

**RESPECTFULLY SUBMITTED** this 22nd day of March, 2019.

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY'S OFFICE

BY: /s/ Maxine S. Mak
    ANN THOMPSON UGLIETTA
    MAXINE S. MAK
    Attorneys for Defendant Maricopa County

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

BY: /s/ Stanley B. Lutz *w/permission*
    Carla Consoli
    Stanley B. Lutz
    Marla Hudgens
    Attorneys for Defendant Prudential Overall Supply

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants in this case, and serve the document by U.S Mail to the following parties who are not registered participants of the CM/ECF System:

Honorable David A. Ezra
United States District Court
John H. Wood, Jr. United States Courthouse
655 East Cesar E. Chavez Boulevard, 3rd Floor
San Antonio, TX 78206

Honorable Bruce G. Macdonald
United States District Court
Evo A. DeConcini U.S. Courthouse
405 W. Congress St., Suite 3180
Tucson, AZ  85701-5054

Michael K. Kennedy, Esq.
GALLAGHER & KENNEDY
2575 East Camelback Road
Phoenix, AZ 85016-9225
mkk@gknet.com
*Attorneys for Plaintiff – Gallagher & Kennedy, PA*

Andrea J Driggs, Esq.
Christopher David Thomas, Esq.
Barry Grant Stratford, Esq.
Matthew Luis Rojas, Esq.
PERKINS COIE LLP - Phoenix, AZ
adriggs@perkinscoie.com
ethomas@perkinscoie.com
BStratford@perkinscoie.com
mlrojas@perkinscoie.com
*Attorneys for the City of Phoenix*

Stephen Lawrence Wetherell, Esq.
PHOENIX CITY ATTORNEYS OFFICE
CIVIL DIVISION
stephen.wetherell@phoenix.gov
*Attorney for the City of Phoenix*

3

Carla A Consoli, Esq.
Marla Jordan Hudgens, Esq.
Stanley B Lutz, Esq.
LEWIS ROCA ROTHGERBER CHRISTIE LLP - Phoenix Office
cconsoli@lrrc.com
mhudgens@lrrc.com
sblutz@lrrc.com
*Attorneys for Prudential Overall Supply a California corporation*

/s/ V. Sisneros
S:\CIVIL\CIV\Matters\RME\2016\Gallagher v. COP 16-0001\Pleadings\Request re 3P Claims.docx

4