Michael K. Kennedy (004224)
Mark C. Dangerfield (010832)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
P: (602) 530-8000
F: (602) 530-8500
E-mails: mkk@gknet.com
mark.dangerfield@gknet.com
*Attorneys for Plaintiff Gallagher & Kennedy, P.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gallagher & Kennedy, P.A., <br><br> Plaintiff, <br><br> vs. <br><br> City of Phoenix, et al., <br><br> Defendants | Case No. CV-16-4447-PHX-DAE-BGM <br><br> **PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE RULE 16 CASE MANAGEMENT CONFERENCE** |

Plaintiff Gallagher & Kennedy, PA, respectfully requests that the Court postpone the April 9, 2019 Rule 16 Case Management Conference until after May 13, 2019, and that the parties' Joint Report be filed two days in advance of the Case Management Conference. This request is based upon the fact that Plaintiff's counsel is recuperating from significant surgery performed on March 5, 2019, and is scheduled for follow-up treatment and additional surgery on April 9-12, 2019. Counsel for Maricopa County also has surgery and recovery scheduled from May 3-10, 2019. The parties have been advised of this request and have no opposition.

1 RESPECTFULLY submitted this 2nd day of April, 2019.

GALLAGHER & KENNEDY, P.A.

By */s/ Michael K. Kennedy*
   Michael K. Kennedy
   Mark C. Dangerfield
   2575 East Camelback Road, Suite 1100
   Phoenix, Arizona  85016
   *Attorneys for Plaintiff*
   *Gallagher & Kennedy, P.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*/s/* Rona L. Miller

7256939v1/99-0533