# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gallagher & Kennedy, PA, <br> Plaintiff, <br> v. <br> City of Phoenix, *et al.*, <br> Defendants. | No. CV-16-04447-TUC- BGM <br><br> **ORDER SETTING RULE 16 CASE MANAGEMENT CONFERENCE** |

Currently pending before the Court is Plaintiff's Unopposed Motion to Continue Rule 16 Case Management Conference (Doc. 361). Having reviewed the same, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion (Doc. 361) is GRANTED.

IT IS FURTHER ORDERED that the Rule 16 Case Management Conference currently set for April 9, 2019, at 10:00 a.m. is VACATED and RESET to **10:00 a.m., Wednesday, May 29, 2019**, before the Honorable Bruce G. Macdonald, Courtroom 3C, Evo A. DeConcini U.S. Courthouse, 405 West Congress Street, Tucson, Arizona.

IT IS FURTHER ORDERED that Counsel shall file with the court, on or before **May 22, 2019**, a **Joint Report** reflecting the results of their meeting and outlining the discovery plan. It is the responsibility of Plaintiff's counsel to initiate the communication necessary to prepare the Joint Report.

Dated this 3rd day of April, 2019.

Honorable Bruce G. Macdonald
United States Magistrate Judge