| | |
|---|---|
| 1 | WILLIAM G. MONTGOMERY |
| | MARICOPA COUNTY ATTORNEY |
| 2 | BY:   ANN THOMPSON UGLIETTA (013696) |
| |       MAXINE S. MAK (031158) |
| 3 |       Deputy County Attorneys |
| |       uglietta@mcao.maricopa.gov |
| 4 |       makm@mcao.maricopa.gov |

CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
MCAO Firm No. 00032000
Tel. (602) 506-8541 Fax (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov

WILLIAM W. PEARSON (012845)
PEARSON LAW GROUP LLC
3509 East Shea Blvd.,
Phoenix, Arizona  85028
Tel. (602) 237-5405 Fax (602) 759-7310
wink@pearsonlg.com
Attorneys for Defendant Maricopa County

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Gallagher & Kennedy, PA. | No. CV-16-04447-PHX-DAE-BGM |
| Plaintiff, | |
| v. | |
| City of Phoenix, et al., | JOINT SETTLEMENT STATUS REPORT |
| Defendants. | |

   Pursuant to Section J of the Court's June 12, 2019 Scheduling Order [Dkt 373] and upon consent of all parties, counsel for Defendant Maricopa County hereby files this Joint Settlement Status Report and informs the Court there is nothing to report on settlement activities at this time.

**RESPECTFULLY SUBMITTED** this 25th day of July, 2019.

PEARSON LAW GROUP LLC

By: _s/ William W. Pearson_

William W. Pearson
3509 East Shea Blvd.
Phoenix, Arizona 85028
*Attorneys for Defendant Maricopa County*

## CERTIFICATE OF SERVICE

On July 25, 2019, the foregoing was filed with the Arizona District Court Clerk's Office using the CM/ECF System for filing which will provide Notice of Electronic Filing to all CM/ECF registrants in this case.

A copy of the foregoing was also emailed to chambers at macdonald_chambers@azd.uscourts.gov.

By: _s/ William W. Pearson_