**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –TUCSON**
**CIVIL MINUTES – GENERAL**

Date: **October 16, 2019**

Civil Case Number: **CV-16-04447-PHX-DAE (BGM)**

Title: **Gallagher & Kennedy PA v. City of Phoenix,** *et al***.**

Present:

Hon. Bruce G. Macdonald

Magistrate

Courtroom Clerk:  Susana Barraza          Court Reporter:  Cheryl Cummings

Attorney for Plaintiff:  Michael K. Kennedy, Esq.

Attorney for Defendant City of Phoenix:   Christopher D. Thomas, Esq.

Attorney for Defendant Maricopa County: William W. Pearson, Esq.

Attorney for Defendant Prudential Overall Supply: Kira N. Barrett, Esq.; John L. Condrey, Esq.

Attorneys for Third-Party Defendants: Meridyth M. Andresen, Esq.; Carson D. Bowler, Esq.; Alana Fortna, Esq.; Denver Gant, Esq.; Farris Gillman, Esq.; Gregory T. Hixson, Esq.; Mitchell J. Klein, Esq.; Anthony W. Merrill, Esq.; Sean Morris, Esq.; Kenneth J. Peace, Esq.; John M. Pearce, Esq.; Jessica A. Schuh, Esq.; Jane B. Story, Esq.; Michael R. Urman, Esq.

--------------------------------------------------------------------------------------------------------------------

## TELEPHONIC STATUS CONFERENCE

Counsel appearing telephonically.  The Court and Parties discuss discovery issues regarding damages raised by Defendant Maricopa County.  Plaintiff indicates that its pending responses to Defendant City of Phoenix's requests for production may eliminate the current concern.  The need for a strategy regarding case management of the Third-Party litigation was acknowledged.  The Court directs that currently scheduled depositions will continue.  The Court will ensure that Third-Party Defendants interests are not prejudiced if they are unable to meaningfully participate in such depositions.

*Later in Chambers*
Plaintiff and Defendants City of Phoenix, Maricopa County, and Prudential Overall Supply will meet and confer regarding the issue of Third-Party litigation.

Accordingly, IT IS HEREBY ORDERED that a telephonic status conference is set for Tuesday, November 5, 2019 at 10:00 a.m., Arizona time, before Magistrate Judge Bruce Macdonald.  This call will address the status of the current discovery issue and the outcome of the meet and confer regarding Third-Party litigation.  The Parties are directed to call (866) 390-1828, Access Code 6244861, Security Code 110519, at the time of the hearing

| | |
|---|---|
| **Title: Gallagher & Kennedy PA v. City of Phoenix,** *et al.* | **Date: October 16, 2019** |
| **Case Number: CV-16-04447-PHX-DAE (BGM)** | |

      IT IS FURTHER ORDERED that a hearing regarding Third-Party litigation shall be held on Tuesday, November 19, 2019 at 1:30 p.m. Arizona time.  The scope of this hearing shall be determined on the November 5, 2019 call.

                                        **STATUS CONFERENCE ( 1 hour, 18 minutes )**

                                        **Hearing Start Time:  4:05 p.m.**
                                        **Hearing Stop Time:   5:23 p.m.**