MAGISTRATE JUDGE'S CIVIL MINUTES
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA –TUCSON
## CIVIL MINUTES – GENERAL

**Date: October 22, 2019**

**Civil Case Number: CV-16-04447-PHX-DAE (BGM)**

**Title: Gallagher & Kennedy PA v. City of Phoenix, *et al*.**

Present:

Hon. Bruce G. Macdonald

Magistrate

Courtroom Clerk:  Silvia Guzman            Court Reporter:  Aaron LaDuke

Attorney for Plaintiff:   Michael K. Kennedy, Esq.

Attorney for Defendant City of Phoenix:   Christopher D. Thomas, Esq.

Attorney for Defendant Maricopa County: William W. Pearson, Esq.

Attorney for Defendant Prudential Overall Supply: Kira N. Barrett, Esq.; John L. Condrey, Esq.; Rachel L. Werner, Esq.

Attorneys for Third-Party Defendants: Scott Ames, Esq.; Meridyth M. Andresen, Esq.; Denver Gant, Esq.; Gregory T. Hixson, Esq.; Sean A. McCormick, Esq.; Anthony W. Merrill, Esq.; Kenneth J. Peace, Esq.

---------------------------------------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------------------------------------

## TELEPHONIC STATUS CONFERENCE

Counsel appearing telephonically.  The Court and Parties discuss a discovery issue regarding the Campbell deposition raised by Plaintiff Gallagher & Kennedy.  Plaintiff Gallagher & Kennedy and Defendant City of Phoenix present their respective positions.  The Court directs that the deposition shall be resumed and Plaintiff shall be allowed to finish the time remaining.  Plaintiff will bear the costs of completing the deposition.  Plaintiff will be allowed to question Ms. Campbell regarding her opinions expressed in the September 8, 2019 Arizona Republic article by Ian James and Andrew Nicla.

STATUS CONFERENCE ( 45 minutes )

**Hearing Start Time:  4:00 p.m.**
**Hearing Stop Time:   4:45 p.m.**